UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kevork Adanas, Esq.
Kevork Adanas, P.C.
2115 Linwood Avenue, Suite 315
Fort Lee, NJ 07024
Telephone: (201) 592-9190

In Re:
Guray Acar

**Order Filed on October 4, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:     17-24200-SLM

Chapter:      7

Hearing Date:    October 3, 2017

Judge:        Meisel

## ORDER GRANTING DEBTOR'S MOTION TO WITHDRAW

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: October 4, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Withdraw, and any related responses or objections, it is hereby

ORDERED that:

1. Debtor's Chapter 7 Petition is hereby dismissed.