UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kevork Adanas, Esq.
Kevork Adanas, P.C.
2115 Linwood Avenue, Suite 315
Fort Lee, NJ 07024
Telephone: (201) 592-9190

Order Filed on October 4, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:
Guray Acar

Case No.:          17-24200-SLM

Chapter:           7

Hearing Date:      October 3, 2017

Judge:             Meisel

# ORDER GRANTING DEBTOR'S MOTION TO WITHDRAW

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: October 4, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Withdraw, and any related responses or objections, it is hereby

ORDERED that:

1.  Debtor's Chapter 7 Petition is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Guray Acar  
    Debtor

Case No. 17-24200-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 05, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db         +Guray Acar,    36 Myrtle Avenue,    Clifton, NJ 07014-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
- Charles A. Stanziale, Jr.    cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
- Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Kevork Adanas    on behalf of Debtor Guray   Acar info@adanaslaw.com,  george@adanaslaw.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                        TOTAL: 4